UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOLOMON R. VEREEN,<br>          Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1: 08-cv-1969-RWS |
| MAJOR EVERETT, et al<br>          Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendants' Deutsche Bank National Trust Company, Countrywide Home Loans, Inc., IMPAC Funding Corp., Monica K. Gilroy, McCalla Raymer, LLC, Adam Silver, John Robinson, Mann & Moran, PC motions to dismiss that the court granted on 3/31/2009, and the court having dismissed Plaintiff's claims against Major Everett , Osmond Consulting, LLC, EHHK Construction, LLC, Gerald Roebuck and Jevora Hall for lack of subject matter jurisdiction, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 7th day of January, 2010.

                              JAMES N. HATTEN
                              CLERK OF COURT

                    By:   s/ Gretchen Rosa
                              Gretchen Rosa, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 7, 2010
James N. Hatten
Clerk of Court

By: s/ Gretchen Rosa
       Deputy Clerk